1  Ryan Lee, Esq. (SBN: 235879)
   Krohn & Moss, Ltd
2  10474 Santa Monica Blvd., 4th Floor
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff
5  MICHELE JONES

**UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION**

| MICHELE JONES, | ) Case No.: 10-CV-0219-EMC |
|---|---|
|  | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
|  | ) |
| vs. | ) ORDER RESETTING STATUS |
|  | ) CONFERENCE |
| LVNV FUNDING, LLC, | ) |
|  | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, MICHELE JONES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: May 19, 2010          KROHN & MOSS, LTD.

IT IS HEREBY ORDERED that the telephonic status conference is reset from 5/26/10 to 7/28/10 at 2:30 p.m.  This hearing will be vacated once a dismissal is filed.

By: /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED MODIFIED
Judge Edward M. Chen

- 1 -
Notice of Settlement