IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC,<br><br>    Defendant.. | Case No.: 10-CV-0219 EMC<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: July 16, 20 2010

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

[Proposed] Order